# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10812
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 20, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CARLOS SANCHEZ-SANTILLAN,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CR-309-1

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Carlos Sanchez-Santillan raises an argument that is foreclosed by *Almendarez-Torres v. United States,* 523 U.S. 224 (1998), which held that convictions used to enhance a sentence under 8 U.S.C. § 1326(b) need not be set forth in the indictment. Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-10812

an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.